✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:15-CR-37-001 |
| **SAWAN S. SHAH** | |

Sawan S. Shah was sentenced in the Middle District of Georgia by the Honorable Clay D. Land, U.S. District Judge, on January 26, 2016. Shah was sentenced to 21 months imprisonment, followed by a 3-year term of supervised release for the offense of Operation of an Unlicensed Money Transmitting Business.

Sawan S. Shah has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision.

Respectfully submitted,

*[signature]*

Eugene L. Autry, II
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____1st____ day of ____April____, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE