IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. NO. 4:15-cr-37 |
| | : | |
| SAWAN S. SHAH | : | |
| _____ | : | |

**ORDER**

Having considered the motion of the United States to unseal previous filings for the above-captioned case, the Court hereby GRANTS the motion. It is, therefore:

ORDERED that ECF Document Numbers 36, 37, 47, 48, 51, 56, 57, 61, 62, and 64 are UNSEALED.

Signed at Columbus, Georgia, on this **April 26th, 2023**.

    S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA